# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.  : | Case. No. 3:20-CR-08-1 (CAR) |
| : | |
| **RICKSHUN WILLINGHAM,** : | |
| : | |
| **Defendant.** : | |
| : | |

## ORDER ON GOVERNMENT'S MOTION TO DISMISS INDICTMENT

Before the Court is the Government's Motion to Dismiss the above-styled Indictment against Defendant Rickshun Willingham pursuant to Federal Rule of Criminal Procedure 48(a). As good cause, the Government states that the Defendant is deceased.

The Court finds it is in the interest of justice to grant the Government's request. Accordingly, the Court **GRANTS** the Government's Motion to Dismiss Indictment [Doc. 528] and hereby **ORDERS** the pending Indictment against Rickshun Willingham to be **DISMISSED**.

**SO ORDERED**, this 4th day of April, 2022.

s/ C. Ashley Royal\
C. ASHLEY ROYAL, SENIOR JUDGE\
UNITED STATES DISTRICT COURT